Certificate Number: 14912-PAM-DE-029753452

Bankruptcy Case Number: 17-03191



14912-PAM-DE-029753452

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 18, 2017</u>, at <u>9:12</u> o'clock <u>PM EDT</u>, <u>Cathy Bowker</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 18, 2017</u>      By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>