```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 17-03191-HWV
Stephen B Bowker                                                 Chapter 7
Cathy L Bowker
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin              Page 1 of 1              Date Rcvd: Nov 16, 2017
                              Form ID: 318             Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
```
db/jdb         +Stephen B Bowker,    Cathy L Bowker,    3819 Green Street,    Harrisburg, PA 17110-1544
4952772         Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
4952775         Citibusiness Card,    PO Box 9001037,    Louisville, KY 40290-1037
4952776        +Citicards CBNA,    PO Box 6190,    Sioux Falls, SD 57117-6190
4952779        +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
4952780         Northland Group,    PO Box 5390905,    Minneapolis, MN 55439
4952782        +Universal Cd CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
4952783         Western Alliance Bank,    PO Box 742628,    Cincinnati, OH 45274-2628
4952784         Zwicker & Associates, P.C.,    80 Minutemand Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4952769         EDI: ARSN.COM Nov 16 2017 18:48:00      ARS National Services, Inc.,    PO Box 469100,
                 Escondido, CA 92046-9100
4952767        +EDI: AMEREXPR.COM Nov 16 2017 18:48:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
4952768        +EDI: AMEREXPR.COM Nov 16 2017 18:48:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
4952778         EDI: BANKAMER.COM Nov 16 2017 18:48:00      FIA Card Services,    PO Box 15019,
                 Wilmington, DE 19886-5019
4952771         EDI: BANKAMER.COM Nov 16 2017 18:48:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998
4952770         EDI: BANKAMER.COM Nov 16 2017 18:48:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
4952773        +EDI: CHASE.COM Nov 16 2017 18:48:00      Chase Bank,    P.O. BOX 15123,
                 Wilmington, DE 19850-5123
4952774        +EDI: CHASE.COM Nov 16 2017 18:48:00      Chase/Bank One Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
4952777        +EDI: CITICORP.COM Nov 16 2017 18:48:00      Citicards CBNA,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
4953203        +EDI: PRA.COM Nov 16 2017 18:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4952781        +EDI: RMSC.COM Nov 16 2017 18:48:00      Synchrony Bank - HHGregg,    P.O. Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 2 Cathy L Bowker jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Stephen B Bowker jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | **Stephen B Bowker** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−6526 <br> EIN   __−_____ |
| Debtor 2 <br> (Spouse, if filing) | **Cathy L Bowker** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3027 <br> EIN   __−_____ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:17−bk−03191−HWV**

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen B Bowker

Cathy L Bowker

**By the court:**

*[signature: Henry W. Van Eck]*

November 16, 2017

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**