In re:                                                              Case No. 17-03191-HWV
Stephen B Bowker                                                    Chapter 7
Cathy L Bowker
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1         User: admin              Page 1 of 1              Date Rcvd: Nov 17, 2017
                            Form ID: fnldecac         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db/jdb         +Stephen B Bowker,   Cathy L Bowker,   3819 Green Street,   Harrisburg, PA 17110-1544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
     James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
     Johanna Hill Rehkamp    on behalf of Debtor 2 Cathy L Bowker jhr@cclawpc.com,
      jlaughman@cclawpc.com; jbartley@cclawpc.com
     Johanna Hill Rehkamp    on behalf of Debtor 1 Stephen B Bowker jhr@cclawpc.com,
      jlaughman@cclawpc.com; jbartley@cclawpc.com
     Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephen B Bowker
3819 Green Street
Harrisburg, PA 17110

Chapter 7
Case No. 1:17−bk−03191−HWV

Cathy L Bowker
3819 Green Street
Harrisburg, PA 17110

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−6526
xxx−xx−3027

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  November 16, 2017

BY THE COURT
By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk